NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JEREMY L. BURKHARDT (CA SBN 321744)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Jeremy.Burkhardt@usdoj.gov

Attorneys for Plaintiff
United States of America

NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON NEWLING,<br><br>    Defendant. | Case No.: 2:19-cv-02262 MWF<br><br>FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST JASON NEWLING |

Pursuant to the Stipulation for Entry of Permanent Injunction Against Jason Newling, filed concurrently herewith (the "Stipulation"):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. The court has jurisdiction over Jason Newling ("Newling") and over the subject matter of the proposed action pursuant to 28 U.S.C. §§ 1340 and 1345.

2. Newling admits the allegations of the complaint and has voluntarily consented to the entry of a Final Judgment of Permanent Injunction against him, agrees it is appropriate, and agrees to be bound by its terms.

3. Pursuant to 26 U.S.C. §§ 7402 and 7407, Newling, individually, or acting through or by any other name or entity, representatives, agents, employees, or attorneys, and

1

anyone in active participation with him who receives actual notice of this Final Judgment of Permanent Injunction, is permanently enjoined, directly or indirectly, from:

    a. Aiding or assisting in the filing or preparation of federal or state tax returns for anyone other than himself or his legal spouse or domestic partner;

    b. Representing any person other than himself or his legal spouse or domestic partner before the Internal Revenue Service or state tax authority; and

    c. Owning, operating, or working for any company that provides services relating to the filing, preparation, or payment of federal or state tax returns and/or taxes.

4. This Court shall retain jurisdiction over this matter and Newling for the purpose of enforcing this Final Judgment of Permanent Injunction.

5. The United States shall be entitled to conduct discovery to monitor Newling's compliance with the terms of this Final Judgment of Permanent Injunction.

6. This Final Judgment of Permanent Injunction is the final judgment in this matter. Pursuant to the Stipulation, Newling has waived any and all right to appeal from this Final Judgment of Permanent Injunction.

7. Newling has consented to the entry of this Final Judgment of Permanent Injunction without any further notice, and has agreed to be bound by its terms.

//
//
//
//
//
//
//
//
//
//

8. Newling may be subject to civil and criminal sanctions for contempt of court, including imprisonment, if he violates this Final Judgment of Permanent Injunction.

**IT IS SO ORDERED.**

Dated: March 29, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge

Presented By:


   /s/ Jeremy L. Burkhardt
JEREMY L. BURKHARDT
Assistant United States Attorney